IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DONALD STEVEN LOONEY | ) | |
| | ) | Civil No. 7:09-CV-126-O-KA |
| v. | ) | |
| | ) | (Criminal No. 7:05-CR-005-O) |
| UNITED STATES OF AMERICA | ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge and of Donald Steven Looney's objections thereto, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the motion to vacate, set aside or correct sentence is DENIED.

SO ORDERED this 30th day of August, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**